IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| JANE LOUCKS, | CV 17–152–M–DLC–JCL |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES of AMERICA, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 31).

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

DATED this 10th day of September, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court

-1-